19-0172

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Pascal R. Passaga<br>Colleen M. Passaga<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  19-20120-GLT |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of CITIMORTGAGE, INC. in the above captioned matter.

POWERS KIRN, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090