# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|   |   |
|---|---|
| Debtor: | PASCAL R. & COLLEEN M. PASSAGA |
| Case Number: | 19-20120-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 11, 2019 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matter:

#14 - Final Confirmation of Plan Dated 12/16/2018 (NFC)
R / M #: 14 / 0

### Appearances:

Debtor: Frye

Trustee: Winnecour / Pail / **Katz** / DeSimone

Creditor: PN David for Citimortgage

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10/3/19 at 3:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

for review of Citimortgage POC