**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PASCAL R. PASSAGA | Case No. 19-20120GLT |
| COLLEEN M. PASSAGA | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PA DEPARTMENT OF REVENUE* | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| PA DEPARTMENT OF REVENUE* | Court claim# /Trustee CID# 27 |
| BUR OF COMPL SECT-DEPT 280946 | |
| STRAWBERRY SQ | |
| HARRISBURG, PA 17128 | |

The Movant further certifies that on 08/26/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
PASCAL R. PASSAGA, COLLEEN M. PASSAGA, 1291 WEST LAUREL CIRCLE, MOUNT PLEASANT, PA 15666

ORIGINAL CREDITOR:
PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA 17128

NEW CREDITOR:

DEBTOR'S COUNSEL:
ABAGALE E STEIDL ESQ, STEIDL & STEINBERG, GULF TOWER - 28TH FL, 707 GRANT ST, PITTSBURGH, PA 15219