IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Pascal R. Passaga**<br>**Colleen M Passaga**<br><br>Debtor<br><br>**Pascal R. Passaga**<br>**Colleen M Passaga**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-20120**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Abagale E. Steidl 319217**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Abagale E. Steidl**
 Signature
**Abagale E. Steidl 319217**
Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**319217 PA**
List Bar I.D. and State of Admission

Sysco Corp.
Attn: Tom Bené, CEO
1390 Enclave Parkway
Houston, TX 77077-2099