IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Pascal R. Passaga | ) | |
| Colleen M. Passaga, | ) | Case No. 19-20120 GLT |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Colleen M. Passaga, | ) | |
| Colleen M. Passaga | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Sysco Corp. | ) | |
| Respondent | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_X\_\_\_Voluntary Petition - *Specify reason for amendment*: Schedule D is being amended to remove the unsecured Sysco judgment currently listed on that schedule. The case was initially filed on an emergency basis, and out of an abundance of caution, the unsecured Sysco judgment was placed on Schedule D. Schedule F is being amended to add the unsecured Sysco judgment and a notice address for Sysco is also being added to Schedule F. The contact information for counsel for Sysco has also been updated to reflect the address on the filed proof of claim.

      Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_X\_\_\_Schedule D - Creditors holding Secured Claims
      Check one:
      \_\_\_\_\_ Creditor(s) added
      \_\_\_\_\_ NO creditor(s) added
      \_X\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
      \_\_\_\_\_ Creditor(s) added
      \_\_\_\_\_ NO creditor(s) added
      \_\_\_\_\_ Creditor(s) deleted
\_\_X\_\_\_Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
      \_\_X\_\_\_ Creditor(s) added
      \_\_\_\_\_ NO creditor(s) added
      \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
      Check one:
      \_\_\_\_\_ Creditor(s) added
      \_\_\_\_\_ NO creditor(s) added
      \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)

\_\_\_\_\_   Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_   Statement of Financial Affairs
\_\_\_\_\_   Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_   Chapter 11 List of Equity Security Holders
\_\_\_\_\_   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_   Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_   Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Ronda Winnecour, Trustee
Suite 3250- USX Tower
600 Grant St.
Pittsburgh, PA 15219

Office of the U.S. Trustee
Suite 970- Liberty Center
1001 Liberty Ave.
Pittsburgh, PA 15222

Sysco Corp.,
c/o Jennifer Richnafsky, Esquire
Sherrard, German, and Kelly PC
535 Smithfield St.- Suite 300
Pittsburgh, PA 15222

Sysco Corp.
Attn: Tom Bené, CEO
1390 Enclave Parkway
Houston, TX 77077-2099


November 25, 2019                                              /s/ Abagale Steidl
    DATE                                                     Abagale Steidl, Esquire
                                                               Attorney for the Debtor

                                                               STEIDL & STEINBERG
                                                               2830 Gulf Tower
                                                               707 Grant Street
                                                               Pittsburgh, PA  15219
                                                               (412) 391-8000
                                                               asteidl@steidl-steinberg.com
                                                               PA I.D. No. 319217

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pascal R. Passaga** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Colleen M Passaga** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  19-20120
(if known)

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Citi Mortgage**<br>Creditor's Name | Describe the property that secures the claim: | $51,048.00 | $85,000.00 | $0.00 |
| | **P.O. Box 9438<br>Department 0251<br>Gaithersburg, MD 20898**<br>Number, Street, City, State & Zip Code | **123 Braddock Road Avenue Mount Pleasant, PA 15666  Westmoreland County** | | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| Debtor 1 | **Pascal R. Passaga** | | Case number (if known) | **19-20120** |
| --- | --- | --- | --- | --- |
| | First Name   Middle Name   Last Name | | | |
| Debtor 2 | **Colleen M Passaga** | | | |
| | First Name   Middle Name   Last Name | | | |

---

**2.2** **Equiant Financial Services**
Creditor's Name

Describe the property that secures the claim: **$4,033.41**   **$14,000.00**   **$0.00**

**Flagship Resorts 60 N Maine Ave Atlantic City, NJ 08401  Atlantic County**
**Value provided was the purchase price.**

**PO Box 78843**
**Phoenix, AZ 85062-8843**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Timeshare**

**Date debt was incurred**        **Last 4 digits of account number**   **6412**

---

**2.3** **One Main Financial**
Creditor's Name

Describe the property that secures the claim: **$23,149.00**   **$14,675.00**   **$8,474.00**

**2016 Kia Optima EX 30000 miles Good condition.**
**Location: 1291 West Laurel Circle, Mount Pleasant PA 15666**

**2160 Summit Ridge Plaza**
**Mount Pleasant, PA 15666-1992**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Automobile**

**Date debt was incurred**        **Last 4 digits of account number**   **9581**

---

| Debtor 1 | **Pascal R. Passaga** | | | Case number (if known) | **19-20120** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Colleen M Passaga** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **PNC Bank** | Describe the property that secures the claim: | $92,732.02 | $125,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**1291 West Laurel Circle Mount Pleasant, PA 15666  Westmoreland County**

**2730 Liberty Avenue Pittsburgh, PA 15222**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

**Date debt was incurred**   **2011**        Last 4 digits of account number

| Add the dollar value of your entries in Column A on this page. Write that number here: | $170,962.43 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $170,962.43 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Pascal R. Passaga** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | **Colleen M Passaga** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 19-20120 | |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **Commonwealth of PA** | Last 4 digits of account number | 7985 | $11,000.00 | $11,000.00 | $0.00 |
| | Priority Creditor's Name | | | | | |
| | **Department of Revenue** **Department 280905** **Harrisburg, PA 17128-0905** | When was the debt incurred? | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | | |
| | ☐ **Check if this claim is for a  community debt** | ■ Taxes and certain other debts you owe the government | | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | | |
| | ■ No | ☐ Other. Specify _____ | | | | |
| | ☐ Yes | | | | | |

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

Debtor 1 **Pascal R. Passaga**
Debtor 2 **Colleen M Passaga**                                                     Case number (if known)    **19-20120**

---

**4.1** | **ADT Security Services** | Last 4 digits of account number **2811** | **$240.00**

Nonpriority Creditor's Name
**3190 S. Vauhn Way**
**Aurora, CO 80014**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security services.**

---

**4.2** | **Capital One Bank** | Last 4 digits of account number **8350** | **$4,199.00**

Nonpriority Creditor's Name
**PO Box 71083**
**Charlotte, NC 28272-1083**
Number Street City State Zip Code

When was the debt incurred? **2007-2018**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Gas, bills, food, clothing**

---

**4.3** | **Chase Slate** | Last 4 digits of account number **0606** | **$3,176.00**

Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

When was the debt incurred? **2011-2018**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vehicle repairs, gas, clothing, home repairs, new water tank.**

---

Debtor 1 **Pascal R. Passaga**
Debtor 2 **Colleen M Passaga**

Case number (if known) **19-20120**

---

**4.4** | **Chase Slate** | Last 4 digits of account number **8231** | **$2,972.00**

Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

When was the debt incurred? **2011-2018**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Gas, food, shoes.**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**4.5** | **Comenity Capital Bank** | Last 4 digits of account number **5896** | **$2,529.00**

Nonpriority Creditor's Name
**2420 Sweet Home Road, Suite 150**
**Amherst, NY 14228-2244**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Supplies, food, gifts.**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**4.6** | **Discover** | Last 4 digits of account number **9088** | **$6,544.00**

Nonpriority Creditor's Name
**PO Box 742655**
**Cincinnati, OH 45274-2655**
Number Street City State Zip Code

When was the debt incurred? **2014-2018**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **bills, food, gas, materials for business, supplies.**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1 **Pascal R. Passaga**
Debtor 2 **Colleen M Passaga**

Case number (if known) **19-20120**

---

**4.7** **One Main Lending**
Nonpriority Creditor's Name
**2160 Summit Ridge Plaza**
**Mount Pleasant, PA 15666-1992**
Number Street City State Zip Code

Last 4 digits of account number **4734**   $2,453.50

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **loan**

---

**4.8** **Sears Credit Cards**
Nonpriority Creditor's Name
**PO Box 9001055**
**Louisville, KY 40290-1055**
Number Street City State Zip Code

Last 4 digits of account number **8970**   $4,000.00

When was the debt incurred? **2013**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Appliances**

---

**4.9** **Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
**c/o Apothaker Scian PC**
**PO Box 5496**
**Mount Laurel, NJ 08054-5496**
Number Street City State Zip Code

Last 4 digits of account number   $3,350.48

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Dental services.**
**MJ-10311-CV-0000198-2017**

---

| Debtor 1 | **Pascal R. Passaga** | | |
|---|---|---|---|
| Debtor 2 | **Colleen M Passaga** | Case number (if known) | **19-20120** |

| 4.10 | **Sysco Corporation** | Last 4 digits of account number | $32,651.28 |
|---|---|---|---|

Nonpriority Creditor's Name

**Jennifer Richnafsky, Esquire
Sherrard, German, and Kelly PC
535 Smithfield St.- Suite 300
Pittsburgh, PA 15222**

Number Street City State Zip Code

**When was the debt incurred?** **2018**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **unsecured judgment lien for business debts**

---

| 4.11 | **Tag Holdings LLC** | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**30260 Oak Creek Dr
Wixom, MI 48393**

Number Street City State Zip Code

**When was the debt incurred?** **2018**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Back rent to previous landlord. MJ-10310-CV-0000064-2018**

---

| 4.12 | **Walmart Mastercard/SYNCB** | Last 4 digits of account number | $850.29 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 960024
Orlando, FL 32896-0024**

Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Food, clothing, shoes.**

---

| Debtor 1 | **Pascal R. Passaga** | | Case number (if known) | **19-20120** |
|---|---|---|---|---|
| Debtor 2 | **Colleen M Passaga** | | | |

| 4.13 | **Watson, Mundorff & Sepic LLP** <br> Nonpriority Creditor's Name <br> **720 Vanderbilt Road** <br> **Connellsville, PA 15425** <br> Number Street City State Zip Code | Last 4 digits of account number _____ <br><br> **When was the debt incurred?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply | $7,617.12 |
|---|---|---|---|

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal services.**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Sysco Corp.**
**c/o Tom Bene, CEO**
**1390 Enclave Parkway**
**Houston, TX 77077-2099**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 11,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 11,000.00 |

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 70,582.67 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 70,582.67 |