IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Pascal R. Passaga ) | |
| Colleen M. Passaga, ) | Case No. 19-20120 GLT |
| *Debtors* ) | Chapter 13 |
| ) | |
| Colleen M. Passaga, ) | Related to Docket No.: 16, 53 & 54 |
| Colleen M. Passaga ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Sysco Corp. ) | |
| *Respondent* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 6, 2019, a true and correct copy of the *Amended Schedules D&F together with the §341 Meeting of Creditors Notice and the Order of Court dated December 4, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda Winnecour, Trustee
Suite 3250- USX Tower
600 Grant St.
Pittsburgh, PA 15219

Office of the U.S. Trustee
Suite 970- Liberty Center
1001 Liberty Ave.
Pittsburgh, PA 15222

Sysco Corp.,
c/o Jennifer Richnafsky, Esquire
Sherrard, German, and Kelly PC
535 Smithfield St.- Suite 300
Pittsburgh, PA 15222

Sysco Corp.
Attn: Tom Bené, CEO
1390 Enclave Parkway
Houston, TX 77077-2099

Date of Service:    December 6, 2019         /s/ Abagale Steidl
                                             Abagale Steidl, Esquire
                                             Attorney for the Debtor

                                             STEIDL & STEINBERG
                                             707 Grant Street
                                             Suite 2830, Gulf Tower
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             asteidl@steidl-steinberg.com
                                             PA I.D. No. 319217