Form 006

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Pascal R. Passaga** | : | Case No. 19−20120−GLT |
| **Colleen M. Passaga** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER

      *AND NOW,* this ***The 4th of December, 2019***, the Debtor(s) having filed an ***Amendment to Schedule*** **D and F [Dkt. No. 53]** filed on **December 3, 2019**

      It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

      (1)    The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

      (2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

      (3)    ***On or before January 3, 2020 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

      (4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

      (5)    ***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

      (6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.


Dated: December 4, 2019

cm: Debtor
     Counsel for Debtor

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Pascal R. Passaga  
Colleen M. Passaga  
    Debtors

Case No. 19-20120-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Dec 04, 2019  
                        Form ID: 006     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db/jdb        +Pascal R. Passaga,    Colleen M. Passaga,    1291 West Laurel Circle,    Mount Pleasant, PA 15666-2185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
         Abagale E. Steidl     on behalf of Debtor Pascal R. Passaga asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         Abagale E. Steidl     on behalf of Joint Debtor Colleen M. Passaga asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         Harry B. Reese     on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
         Jennifer Patricia Richnafsky     on behalf of Creditor    SYSCO CORPORATION jpr@sgkpc.com  
         Jill Manuel-Coughlin     on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                     TOTAL: 8