IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Pascal R. Passaga, | ) | Case No. 19-20120 GLT |
| Colleen M. Passaga | ) | Chapter 13 |
|     Debtors | ) | |
| | ) | Docket No. |
| Pascal R. Passaga, | ) | |
|     Movant | ) | Related to Claim No. 35, 37, 41, 44, 46, & 47 |
| | ) | |
| vs. | ) | |
| | ) | |
| Sysco Corporation and Sysco | ) | Hearing Date: |
| Pittsburgh, LLC | ) | December 18, 2019 |
|     Respondent | ) | |

## STATUS REPORT

AND NOW comes the Husband Debtor, Pascal Passaga, by and through his attorney, Abagale Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. An Objection to Late Filed Claim was filed by the Debtors on September 10, 2019.

2. A Response in Opposition to the Objection was filed on October 9, 2019.

3. A Hearing was held on November 6, 2019, continuing the matter to a hearing on December 18, 2019, and requiring that a status report be field by December 11, 2019, outlining any progress made in settlement discussions.

4. Counsel for the Debtors and Counsel for the Respondent have spoken several times and have worked out a verbal settlement. The two parties are working to reduce the verbal settlement to writing and are hopeful that a settlement, filed under a certification of counsel, will be filed by the end of this week, or the very beginning of next week at the very latest.

WHEREFORE, the Husband Debtor, Pascal Passaga, respectfully files this status report.

Respectfully submitted,

December 11, 2019  
    DATE

/s/ Abagale Steidl  
Abagale Steidl , Esquire  
Attorney for the Debtor  
STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No. 319217  
asteidl@steidl-steinberg.com