IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Pascal R. Passaga,<br>Colleen M. Passaga<br><br>      Debtors<br><br>Pascal R. Passaga<br><br>      Movant<br><br>      v.<br><br>Sysco Corporation and<br>Sysco Pittsburgh, LLC<br><br>      Respondents | Case No. 19-20120 GLT<br>Chapter 13<br><br>Related to Claim No. 14-1<br>Hearing Date & Time: December 18, 2019, 9:00 a.m. |
|---|---|

## CONSENT TO STATUS REPORT

AND NOW COME Respondents, Sysco Corporation and Sysco Pittsburgh, LLC ("Respondents" and, collectively with Debtor/Movant, the "Parties"), by and through their undersigned counsel, and hereby file the within Consent to Status Report pursuant to this Honorable Court's November 7, 2019 Order:

1. This Court issued an order on November 7, 2019 directing the parties to file a Joint Status Report on or before December 11, 2019.

2. Debtor submitted a Status Report on December 11, 2019 at approximately 2:04 p.m.

{S1426910.1}                                                        1

3. Although not stylized as a Joint Status Report, Respondents consent to the filing of the Status Report and agree with the representations therein.

Respectfully submitted,

Date: December 11, 2019                                SHERRARD, GERMAN & KELLY, P.C.

*/s/ Jennifer P. Richnafsky*
Suzanne L. DeWalt, Esquire
PA I.D. #42072
Jennifer P. Richnafsky, Esquire
PA I.D. #314764
Marjorie F. Bagnato
PA I.D. #313557

The Oliver Building
535 Smithfield Street, Suite 300
Pittsburgh, PA 15222
(412) 355-0200

*Attorneys for Sysco Corporation and Sysco Pittsburgh, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the within Consent to Status Report was served on December 11, 2019 upon the following electronically via CM/ECF.

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Abagale Steidl, Esq.
Steidl & Steinberg
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

SHERRARD, GERMAN & KELLY, P.C.

*/s/ Jennifer P. Richnafsky*
Jennifer P. Richnafsky, Esquire

{S1426910.1}                                2