IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Pascal R. Passaga,<br>Colleen M. Passaga<br><br>Debtors<br><br>Pascal R. Passaga<br><br>Movant<br><br>v.<br><br>Sysco Corporation and<br>Sysco Pittsburgh, LLC<br><br>Respondents | Case No. 19-20120 GLT<br>Chapter 13<br><br>Related to Claim No. 14-1<br>Hearing Date & Time: December 18, 2019, 9:00 a.m. |

## CONSENT ORDER OF COURT

AND NOW, this _____ day of _____, 2019, upon consideration of the Objection to Respondents' Proof of Claim 14-1 (the "Objection") filed by Debtor/Movant Pascal R. Passaga and Respondents' Objection thereto, and upon consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the Objection to the proof of claim filed by Respondents in this matter on March 22, 2019 (the "Proof of Claim") is WITHDRAWN. Respondents' claim against the bankruptcy estate, as reflected in the Proof of Claim, as filed, is allowed as timely filed and shall proceed as an unsecured claim.

**The continued hearing on the Objection scheduled for December 18, 2019 at 9:00 a.m. is hereby CANCELLED.**

_____
Honorable Judge Gregory L. Taddonio
U.S. Bankruptcy Judge

{S1424301.3}

CONSENTED TO:

| | |
|---|---|
| */s/ Julie Frazee Steidl* | */s/ Jennifer P. Richnafsky* |
| Julie Frazee Steidl | Suzanne L. DeWalt |
| Pa.I.D. No. 35937 | PA I.D. No. 42072 |
| julie.steidl@steidl-steinberg.com | sld@sgkpc.com |
| Abigale Steidl | Jennifer P. Richnafsky |
| Pa.I.D. No. 319217 | Pa.I.D. No. 314764 |
| asteidl@steidl-steinberg.com | jpr@sgkpc.com |
| | |
| STEIDL & STEINBERG | SHERRARD, GERMAN & KELLY, P.C. |
| 2830 Gulf Tower | The Oliver Building |
| 707 Grant Street | 535 Smithfield Street, Suite 300 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| Telephone: (412) 391-8000 | Telephone: (412) 355-0200 |
| *Attorneys for Movant/Debtor* | Fax: (412) 261-6221 |
| *Pascal R. Passaga* | *Attorneys for Respondents Sysco Corporation and Sysco Pittsburgh, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the within Consent Order of Court was served on December 17, 2019 upon the following electronically via CM/ECF.

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Julie Steidl, Esq.
Abagale Steidl, Esq.
Steidl & Steinberg
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

SHERRARD, GERMAN & KELLY, P.C.

*/s/ Jennifer P. Richnafsky*
Jennifer P. Richnafsky, Esquire

{S1424301.3}