IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Pascal R. Passaga,<br>Colleen M. Passaga<br><br>Debtors<br><br>Pascal R. Passaga<br><br>Movant<br><br>v.<br><br>Sysco Corporation and<br>Sysco Pittsburgh, LLC<br><br>Respondents | Case No. 19-20120 GLT<br>Chapter 13<br><br>Related to Claim No. 14-1<br>Hearing Date & Time: December 18, 2019, 9:00 a.m. |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
DEBTOR/MOVANT'S OBJECTION TO RESPONDENTS' PROOF OF CLAIM 14-1**

The undersigned hereby certifies that agreement has been reached with the Respondents regarding the Objection to Respondents' Proof of Claim 14-1 filed on September 10, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

    [X]  An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

    [ ]  No other order has been filed pertaining to the subject matter of this agreement.

☐    The attached document does not require a proposed order.

Dated: December 17, 2019                              By: */s/ Julie Frazee Steidl*
                                                                     Julie Frazee Steidl
                                                                     Pa.I.D. No. 35937
                                                                     julie.steidl@steidl-steinberg.com
                                                                     Abigale Steidl
                                                                     Pa.I.D. No. 319217
                                                                     asteidl@steidl-steinberg.com

                                                                   STEIDL & STEINBERG
                                                                   2830 Gulf Tower
                                                                   707 Grant Street
                                                                   Pittsburgh, PA 15219
                                                                   Telephone: (412) 391-8000
                                                                   *Attorneys for Movant/Debtor*
                                                                   *Pascal R. Passaga*

## **CERTIFICATE OF SERVICE**

I hereby certify that the within Settlement and Certification of Counsel was served on December 17, 2019 upon the following electronically via CM/ECF.

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Julie Steidl, Esq.
Abagale Steidl, Esq.
Steidl & Steinberg
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

SHERRARD, GERMAN & KELLY, P.C.

*/s/ Jennifer P. Richnafsky*
Jennifer P. Richnafsky, Esquire

{S1424289.1}