19-0172

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Pascal R. Passaga<br>Colleen M. Passaga<br>　　　　　　　　　　Debtor(s)<br>CITIMORTGAGE, INC. C/O CENLAR, FSB<br>　　　　　　　　　　Movant<br>v.<br>Pascal R. Passaga<br>Colleen M. Passaga<br>　and<br>Ronda J. Winnecour, Esquire<br>　　　　　　　　　　Respondents | 19-20120 GLT<br><br>Chapter 13 Proceeding<br><br><br>Related to Claim #5: |

## **PRAECIPE TO WITHDRAW NOTICE OF MORTGAGE PAYMENT CHANGE**

TO THE COURT:

　　Movant, CITIMORTGAGE, INC. C/O CENLAR, FSB, respectfully withdraws its Notice of Mortgage Payment Change, which was filed on 07/11/2019, related to claim #5.

　　　　　　　　　　　　　　　　POWERS KIRN, LLC

　　　　　　　　　　　　　　　　By:  **/s/ Jill Manuel- Coughlin, Esquire**
　　　　　　　　　　　　　　　　Attorney ID#63252
　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　E-mail: Jill@powerskirn.com
　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　Dated:  December 17, 2019

19-0172

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Pascal R. Passaga<br>Colleen M. Passaga<br>Debtor(s)<br>CITIMORTGAGE, INC. C/O CENLAR, FSB<br>Movant<br>v.<br>Pascal R. Passaga<br>Colleen M. Passaga<br>and<br>Ronda J. Winnecour, Esquire<br>Respondents | 19-20120 GLT<br><br>Chapter 13 Proceeding<br><br>Related to Claim #5: |

**CERTIFICATION OF SERVICE OF**
**PRAECIPE TO WITHDRAW**

I, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on December 17, 2019:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Abagale E. Steidl Esquire
707 Grant Street - 28th Floor Gulf Tower
Pittsburgh, PA 15219
Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
600 Grant Street, Suite 3250
Pittsburgh PA 15219
Trustee

**Parties Serviced via First Class Mail:**

Pascal R. Passaga
Colleen M. Passaga
1291 West Laurel Circle
Mount Pleasant, PA 15666

Debtor(s)

POWERS KIRN, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID#63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@powerskirn.com
Attorney for Movant