FILED
12/17/19 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Pascal R. Passaga,<br>Colleen M. Passaga<br><br>      Debtors<br><br>Pascal R. Passaga<br><br>      Movant<br><br>      v.<br><br>Sysco Corporation and<br>Sysco Pittsburgh, LLC<br><br>      Respondents | Case No. 19-20120 GLT<br>Chapter 13<br><br>Related to Claim No. 14-1<br>Hearing Date & Time: December 18, 2019,<br>9:00 a.m.<br><br>Related to Dkt. No. 35 and 59 |

**CONSENT ORDER OF COURT**

AND NOW, this 17th day of December, 2019, upon consideration of the Objection to Respondents' Proof of Claim 14-1 (the "Objection") filed by Debtor/Movant Pascal R. Passaga and Respondents' Objection thereto, and upon consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the Objection to the proof of claim filed by Respondents in this matter on March 22, 2019 (the "Proof of Claim") is WITHDRAWN. Respondents' claim against the bankruptcy estate, as reflected in the Proof of Claim, as filed, is allowed as timely filed and shall proceed as an unsecured claim.

The continued hearing on the Objection scheduled for December 18, 2019 at 9:00 a.m. is hereby CANCELLED.

_____
Honorable Judge Gregory L. Taddonio
U.S. Bankruptcy Judge

CONSENTED TO:

*/s/ Julie Frazee Steidl*
Julie Frazee Steidl
Pa.I.D. No. 35937
julie.steidl@steidl-steinberg.com
Abigale Steidl
Pa.I.D. No. 319217
asteidl@steidl-steinberg.com

STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 391-8000
*Attorneys for Movant/Debtor*
*Pascal R. Passaga*

*/s/ Jennifer P. Richnafsky*
Suzanne L. DeWalt
PA I.D. No. 42072
sld@sgkpc.com
Jennifer P. Richnafsky
Pa.I.D. No. 314764
jpr@sgkpc.com

SHERRARD, GERMAN & KELLY, P.C.
The Oliver Building
535 Smithfield Street, Suite 300
Pittsburgh, PA 15222
Telephone: (412) 355-0200
Fax: (412) 261-6221
*Attorneys for Respondents Sysco*
*Corporation and Sysco Pittsburgh, LLC*

{S1424301.3}

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20120-GLT
Pascal R. Passaga                                                         Chapter 13
Colleen M. Passaga
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Form ID: pdf900    Page 1 of 1    Total Noticed: 1    Date Rcvd: Dec 17, 2019

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.
db/jdb         +Pascal R. Passaga,    Colleen M. Passaga,    1291 West Laurel Circle,
                Mount Pleasant, PA 15666-2185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Pascal R. Passaga asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Abagale E. Steidl    on behalf of Joint Debtor Colleen M. Passaga asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Jennifer Patricia Richnafsky    on behalf of Creditor    SYSCO CORPORATION jpr@sgkpc.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8