**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/08/2020

IN RE:

| | |
|---|---|
| PASCAL R. PASSAGA<br>COLLEEN M. PASSAGA<br>1291 WEST LAUREL CIRCLE<br>MOUNT PLEASANT, PA 15666<br>XXX-XX-4727        Debtor(s)<br><br>XXX-XX-8355 | Case No.19-20120 GLT<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/8/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 9575 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SVCNG INC(*)<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  CL5GOV*555/PL*552.13x(60+2)=LMT*BGN 2/19*FR CITIMTG-DOC 30*FR CITIMTG-DO | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4470 |
| **EQUIANT FINANCIAL SERVICES**<br>PO BOX 78843<br><br>PHOENIX, AZ  85062-8843 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM:  4,033.41<br>COMMENT:  $PL@0%/PL*68MO/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 6412 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731 | Trustee Claim Number:5   INT %: 6.00%<br>Court Claim Number:4<br><br>CLAIM:  17,095.15<br>COMMENT:  $CL4GOV@6%/PL*PMT/PL*910CLM/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 9581 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM:  0.00<br>COMMENT:  CL2GOV*921/PL*PMT/DECLAR*DKT4PMT-LMT*BGN 2/19 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4224 |
| **SYSCO CORP & SYSCO PITTSBURGH LLC**<br>C/O SHERRARD GERMAN & KELLY PC<br>535 SMITHFIELD ST STE 300<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM:  44,895.95<br>COMMENT:  TIMELY~UNSEC/OE*2B AVD/PL*UNS/AMD SCH-CL*JUDGMENT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7775 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:NCF<br><br>CLAIM:  0.00<br>COMMENT:  NO PRI/PL*INCOME/PL*NO YRS/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 7985 |
| **ADT SECURITY SERVICES INC**<br>3190 SOUTH VAUGHN WAY<br><br>AURORA, CO  80014 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM:  998.78<br>COMMENT:  INSUFF POD*NO LAST PMT/CHARGE OFF DATE*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2811 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM:  4,126.82<br>COMMENT:  HSBC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8350 |

| Creditor | Claim Info | Description |
|---|---|---|
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 3,479.13<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0606 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 3,289.56<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8231 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,455.01<br>COMMENT: COMENITY CAPITAL BANK/PAYPAL CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5896 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 6,949.43<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9088 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,770.56<br>COMMENT: FR ONEMAIN-DOC 42 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4734 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 4,013.91<br>COMMENT: SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8970 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 3,366.30<br>COMMENT: MJ-10311-CV-0000198-2017/SCH*UNS/AMD SCH F-PL*SYNCHRONY/CARE CREDIT*、 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3009 |
| **TAG HOLDINGS LLC**<br>30260 OAK CREEK DR<br>WIXOM, MI 48393 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~MJ 10310 CV 000064 2018/SCH*BACK RENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 813.85<br>COMMENT: NO ACCT/SCH*SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5269 |
| **WATSON MUNDORFF BROOKS & SEPIC**<br>720 VANDERBUILT RD<br>CONNELLSVILLE, PA 15425-3516 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIRST DATA**<br>1307 WALT WHITMAN RD<br><br>MELVILLE, NY 11747 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MARLIN LEASING CORP***<br>BANKRUPTCY DEPT<br>300 FELLOWSHIP RD*<br>MT LAUREL, NJ 08054 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENNSYLVANIA COMMERCIAL MANAGEMENT S**<br>LOCK BOX 9637<br>PO BOX 8500<br>PHILADELPHIA, PA 19178-9637 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MICHAEL GAVIN**<br>11 DEWITT DR<br><br>SIDNEY, NY 13838 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JILL MANUEL-COUGHLIN ESQ**<br>POWERS KIRN & ASSOCIATES LLC<br>EIGHT NESHAMINITY INTERPLEX - STE 215<br>TREVOSE, PA 19053 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CITIMORTGAGE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 37.15<br>COMMENT: CL2GOV*$0ARRS/PL*THRU 1/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4224 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:27  INT %: 6.00%<br>Court Claim Number:NCF<br>CLAIM: 11,000.00<br>COMMENT: %/CONF*$@0%/PL*STAT ISSUE*NO SEC/SCH*$RTND~NO$ DUE/CRED*NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7985 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SVCNG INC(*)<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 3,313.41<br>COMMENT: CL5GOV*$0ARRS/PL*THRU 1/19*FR CITIMTG-DOC 30*FR CITIMTG-DOC 66 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4470 |