**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20120-GLT |
| Pascal R. Passaga and Colleen M. Passaga | : Chapter 13 |
| Debtors | : |
| | : |
| U.S. Bank Trust National Association, not in | : |
| its individual capacity but solely as collateral | : |
| trust trustee of FirstKey Master Funding 2021- | : |
| A Collateral Trust c/o Select Portfolio | : |
| Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| Pascal R. Passaga and Colleen M. Passaga | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**STATEMENT IN RESPONSE TO INTERIM NOTICE
OF CURE OF ARREARS**

AND NOW, comes Respondent, U.S. Bank Trust National Association, not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust c/o Select Portfolio Servicing, Inc., and responds to the Trustee's Interim Notice of Cure of Arrears as follows:

1) The Proof of Claim arrears of Claim #5 have paid in full, satisfying the pre-petition arrearage obligation owed to Respondent.

2) The Debtor is current on post-petition payments consistent with § 1322(b)(5) of the Code, as Debtor is due for the 04/7/2021 post-petition payment.

Dated: 03/08/2021

/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20120-GLT |
| Pascal R. Passaga and Colleen M. Passaga | : Chapter 13 |
| Debtors | : |
| | : |
| U.S. Bank Trust National Association, not in | : |
| its individual capacity but solely as collateral | : |
| trust trustee of FirstKey Master Funding 2021- | : |
| A Collateral Trustc/o Select Portfolio | : |
| Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| Pascal R. Passaga and Colleen M. Passaga | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

I, Bradley J. Osborne, Esq., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS** at the respective last known address of each person set forth below on March 08, 2021:

Abagale E. Steidl, Esquire
Via Electronic Filing:
asteidl @steidl-steinberg.com
*Attorney for Debtors*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Pascal R. Passaga
Colleen M. Passaga
1291 West Laurel Circle
Mount Pleasant, PA 15666
Via First Class Mail
*Debtors*

/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com