IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-20120 GLT |
| | ) | Chapter 13 |
| Pascal R. Passaga | ) | |
| Colleen M. Passaga, | ) | |
|    *Debtors* | ) | Related to Docket No. 87 |
| | ) | |
| Pascal R. Passaga | ) | |
| Colleen M. Passaga, | ) | |
|    *Movants* | ) | Related to Claim No. 6 |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry SPV I, LLC, as assignee of Synchrony | ) | |
| Bank/Care Credit, | ) | |
|    *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on July 20, 2021, I caused to be served a true and correct copy of the *Order of Court dated July 19, 2021* by the following methods upon the following persons and parties:

**First Class US Mail:**
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

 Kimberly F. Scian, Esq.
Apothaker Scian PC
520 Fellowship Road, Suite C306
PO Box 5496
Mount Laurel, NJ 08054-5496

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the U.S. Trustee

Date of Service: <u>July 20, 2021</u>    /s/ Abagale Steidl
                                                            Abagale Steidl, Esquire
                                                            Attorney for the Debtors
                                                            STEIDL & STEINBERG
                                                            Suite 2830, Gulf Tower
                                                           707 Grant Street
                                                           Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           asteidl@steidl-steinberg.com
                                                           PA I.D. No. 319217