FILED
7/19/21 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-20120 GLT |
| | ) | Chapter 13 |
| Pascal R. Passaga | ) | |
| Colleen M. Passaga, | ) | |
| *Debtors* | ) | Docket No. |
| | ) | |
| Pascal R. Passaga | ) | |
| Colleen M. Passaga, | ) | |
| *Movants* | ) | Related to Claim No. 6 |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry SPV I, LLC, as assignee of Synchrony | ) | |
| Bank/Care Credit, | ) | |
| *Respondent* | ) | |

**ORDER OF COURT**

AND NOW, to wit this ___19th Day of July___, 2021, upon consideration of the Debtor's Objection to Claim No. 6 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 6 filed by the above captioned Respondent is to be paid as a general unsecured debt at the same rate as the other general unsecured debts in this case; and,

2. No fees, costs or charges shall be allowed against the debtor for defending this objection.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20120-GLT |
| Pascal R. Passaga | Chapter 13 |
| Colleen M. Passaga | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pascal R. Passaga, Colleen M. Passaga, 1291 West Laurel Circle, Mount Pleasant, PA 15666-2185 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Colleen M. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Plaintiff Colleen M. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Plaintiff Pascal R. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Pascal R. Passaga asteidl@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Bradley Joseph Osborne
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Bradley Joseph Osborne
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021- A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Harry B. Reese
on behalf of Creditor CITIMORTGAGE INC. bankruptcy@powerskirn.com

Jennifer Patricia Richnafsky
on behalf of Creditor SYSCO CORPORATION jpr@sgkpc.com

Jill Manuel-Coughlin
on behalf of Creditor CITIMORTGAGE INC. bankruptcy@powerskirn.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 12