**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PASCAL R. PASSAGA<br>COLLEEN M. PASSAGA<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>      vs.<br>EQUIANT FINANCIAL SERVICES<br><br>        Respondents | Case No. 19-20120GLT<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| EQUIANT FINANCIAL SERVICES<br>PO BOX 78843<br>PHOENIX, AZ 85062-8843 | Court claim# NC/Trustee CID# 4 |

The Movant further certifies that on 06/23/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>PASCAL R. PASSAGA, COLLEEN M. PASSAGA, 1291 WEST LAUREL CIRCLE, MOUNT PLEASANT, PA  15666 | DEBTOR'S COUNSEL:<br>ABAGALE E STEIDL ESQ, STEIDL & STEINBERG, GULF TOWER - 28TH FL, 707 GRANT ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>EQUIANT FINANCIAL SERVICES, PO BOX 78843, PHOENIX, AZ  85062-8843 | :<br>EQUIANT FINANCIAL SERVICES INC, 500 N JUNIPER DR STE 100, CHANDLER, AZ  85226-2325 |
| NEW CREDITOR: | |