IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Pascal R. Passaga | ) | |
| Colleen M. Passaga, | ) | |
| *Debtors* | ) | Case No. 19-20120 GLT |
| | ) | Chapter 13 |
| Pascal R. Passaga | ) | |
| Colleen M. Passaga, | ) | |
| *Movants* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 20, 2019 at docket numbers 25 & 26, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

December 11, 2023                                                    /s/ Pascal R. Passaga
Date                                                                          Debtor


December 11, 2023                                                    /s/ Colleen M. Passaga
Date                                                                          Debtor

        Respectfully submitted,

<u>January 2, 2024</u>        <u>/s/ Abagale Steidl</u>
DATE        Abagale Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217

**PAWB Local Form 24 (07/13)**