Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Pascal R. Passaga** | : | Case No. 19−20120−GLT |
| **Colleen M. Passaga** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 98 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/29/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of March, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 98 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) **On or before May 10, 2024**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **May 29, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

_____
Gregory L Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20120-GLT |
| Pascal R. Passaga | Chapter 13 |
| Colleen M. Passaga | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pascal R. Passaga, Colleen M. Passaga, 1291 West Laurel Circle, Mount Pleasant, PA 15666-2185 |
| cr | + | CITIMORTGAGE, INC., C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | | SYSCO CORPORATION, c/o Jennifer P. Richnafsky, Sherrard, German & Kelly, P.C., 535 Smithfield Street, Suite 300 Pittsburgh, PA 15222-2319 |
| 14976337 | | Comenity Capital Bank, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 14976338 | | Commonwealth of PA, Department of Revenue, Department 280905, Harrisburg, PA 17128-0905 |
| 14976339 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14976340 | | Equiant Financial Services, PO Box 78843, Phoenix, AZ 85062-8843 |
| 14976341 | | First Data Global Leasing, 2385 Genessee Street, Cheektowaga, NY 14225 |
| 14976342 | + | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14976343 | + | Michael Gavin, Jr., 11 Dewitt Drive, Sidney, NY 13838-1305 |
| 14976344 | | One Main Financial, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14976345 | | One Main Lending, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14976348 | | Synchrony Bank/Care Credit, c/o Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15162788 | | Sysco Corp., Attn: Tom Ben, CEO, 1390 Enclave Parkway, Houston, TX 77077-2099 |
| 14976349 | | Sysco Corporation, c/o Suzanne L. Dewalt, Esq., 28th Floor, Two PNC Plaza, Pittsburgh, PA 15219 |
| 15016788 | + | Sysco Corporation and Sysco Pittsburgh, LLC, c/o Sherrard German & Kelly, PC, 535 Smithfield St., Ste 300, Pittsburgh, PA 15222-2319, Attn: Jennifer P. Richnafsky, Esq. |
| 14976350 | + | Tag Holdings LLC, 30260 Oak Creek Dr, Wixom, MI 48393-2430 |
| 14976352 | + | Watson, Mundorff & Sepic LLP, 720 Vanderbilt Road, Connellsville, PA 15425-6218 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:20:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:23:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14980040 | + | Email/Text: amscbankruptcy@adt.com | Mar 27 2024 00:23:00 | ADT Security Services, 3190 S. Vauhn Way, Aurora, CO 80014-3541 |
| 14976332 | + | Email/Text: amscbankruptcy@adt.com | Mar 27 2024 00:23:00 | ADT Security Services, Inc., 3190 S. Vaughn Way, Aurora, CO 80014-3541 |
| 14976333 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:34:21 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14998202 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:33:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14996766 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15007559 | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 00:22:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14976336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | Citi Mortgage, P.O. Box 9438, Department 0251, Gaithersburg, MD 20898-9438 |
| 14996671 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:22 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 15069781 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 27 2024 00:22:00 | CitiMortgage, Inc. c/o Cenlar, FSB., 425 Phillips blvd., Ewing, NJ 08618-1430 |
| 15015019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:34 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14985565 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14976334 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:21:39 | Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14991525 | + | Email/PDF: cbp@omf.com | Mar 27 2024 00:33:58 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14976346 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14991134 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15143624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:32:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:32:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14976698 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:33:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15015581 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14976347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 15246465 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:23:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15353222 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:23:00 | U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14976351 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:33 | Walmart Mastercard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980041 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14980044 | *+ | Citi Mortgage, P.O. Box 9438, Department 0251, Gaithersburg, MD 20898-9438 |
| 14980045 | * | Comenity Capital Bank, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 43 |

| | | |
|---|---|---|
| 14980046 | * | Commonwealth of PA, Department of Revenue, Department 280905, Harrisburg, PA 17128-0905 |
| 14980047 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14980048 | * | Equiant Financial Services, PO Box 78843, Phoenix, AZ 85062-8843 |
| 14980049 | * | First Data Global Leasing, 2385 Genessee Street, Cheektowaga, NY 14225 |
| 14976335 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980042 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980043 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980050 | *+ | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14980051 | *+ | Michael Gavin, Jr., 11 Dewitt Drive, Sidney, NY 13838-1305 |
| 14980052 | * | One Main Financial, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14980053 | * | One Main Lending, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14992407 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14980054 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14980055 | * | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14980056 | * | Synchrony Bank/Care Credit, c/o Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14980057 | * | Sysco Corporation, c/o Suzanne L. Dewalt, Esq., 28th Floor, Two PNC Plaza, Pittsburgh, PA 15219 |
| 14980058 | *+ | Tag Holdings LLC, 30260 Oak Creek Dr, Wixom, MI 48393-2430 |
| 14980059 | * | Walmart Mastercard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |
| 14980060 | *+ | Watson, Mundorff & Sepic LLP, 720 Vanderbilt Road, Connellsville, PA 15425-6218 |

TOTAL: 3 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Plaintiff Colleen M. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Plaintiff Pascal R. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Pascal R. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Colleen M. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Bradley Joseph Osborne | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 43 |

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Bradley Joseph Osborne

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021- A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Harry B. Reese

on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com

Jennifer Patricia Richnafsky

on behalf of Creditor SYSCO CORPORATION jpr@sgkpc.com

Jill Manuel-Coughlin

on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 12