**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> PASCAL R. PASSAGA <br> COLLEEN M. PASSAGA <br>       Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>     vs. <br> No Respondents. | Case No.:19-20120 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/09/2019 and confirmed on 3/1/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 174,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 174,000.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,190.00 | |
|    Trustee Fee | 8,215.70 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,405.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - COLLATERAL TRUS | 0.00 | 34,232.06 | 0.00 | 34,232.06 |
|    Acct: 4470 | | | | |
| PNC BANK NA | 0.00 | 54,660.19 | 0.00 | 54,660.19 |
|    Acct: 4224 | | | | |
| PNC BANK NA | 37.15 | 37.15 | 0.00 | 37.15 |
|    Acct: 4224 | | | | |
| US BANK TRUST NA - COLLATERAL TRUS | 3,313.41 | 3,313.41 | 0.00 | 3,313.41 |
|    Acct: 4470 | | | | |
| EQUIANT FINANCIAL SERVICES | 3,504.58 | 3,504.58 | 0.00 | 3,504.58 |
|    Acct: 6412 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7985 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F ( | 16,943.15 | 16,943.15 | 1,830.70 | 18,773.85 |
|    Acct: 9581 | | | | |
| | | | | 114,521.24 |
| **Priority** | | | | |
| ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PASCAL R. PASSAGA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG | 3,190.00 | 3,190.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7985 | | | | |
| US BANK TRUST NA - COLLATERAL TRUS | 73.00 | 73.00 | 0.00 | 73.00 |
|    Acct: 4470 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 528.83 | 528.83 | 0.00 | 528.83 |
|    Acct: XXXXXXXXXXXXXXXXXXXXXICES | | | | |
| | | | | 601.83 |
| **Unsecured** | | | | |
| SYSCO CORP & SYSCO PITTSBURGH LLC | 44,895.95 | 28,356.65 | 0.00 | 28,356.65 |
|    Acct: 7775 | | | | |
| ADT SECURITY SERVICES INC | 998.78 | 630.84 | 0.00 | 630.84 |

19-20120                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2811 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERICA | 4,126.82 | 2,606.53 | 0.00 | 2,606.53 |
| Acct: 8350 | | | | |
| CHASE BANK USA NA(*) | 3,479.13 | 2,197.44 | 0.00 | 2,197.44 |
| Acct: 0606 | | | | |
| CHASE BANK USA NA(*) | 3,289.56 | 2,077.71 | 0.00 | 2,077.71 |
| Acct: 8231 | | | | |
| SYNCHRONY BANK | 1,455.01 | 919.00 | 0.00 | 919.00 |
| Acct: 5896 | | | | |
| DISCOVER BANK(*) | 6,949.43 | 4,389.32 | 0.00 | 4,389.32 |
| Acct: 9088 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 1,770.56 | 1,118.30 | 0.00 | 1,118.30 |
| Acct: 4734 | | | | |
| CITIBANK NA** | 4,013.91 | 2,535.22 | 0.00 | 2,535.22 |
| Acct: 8970 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 3,366.30 | 2,126.18 | 0.00 | 2,126.18 |
| Acct: 3009 | | | | |
| TAG HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 813.85 | 514.04 | 0.00 | 514.04 |
| Acct: 5269 | | | | |
| WATSON MUNDORFF BROOKS & SEPIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9575 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARLIN LEASING CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENNSYLVANIA COMMERCIAL MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL GAVIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 47,471.23 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 162,594.30 |

TOTAL CLAIMED
PRIORITY            601.83
SECURED          23,798.29
UNSECURED        75,159.30

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PASCAL R. PASSAGA
COLLEEN M. PASSAGA
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20120

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20120-GLT
Pascal R. Passaga     Chapter 13
Colleen M. Passaga
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Mar 26, 2024     Form ID: pdf900     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pascal R. Passaga, Colleen M. Passaga, 1291 West Laurel Circle, Mount Pleasant, PA 15666-2185 |
| cr | + | CITIMORTGAGE, INC., C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | | SYSCO CORPORATION, c/o Jennifer P. Richnafsky, Sherrard, German & Kelly, P.C., 535 Smithfield Street, Suite 300 Pittsburgh, PA 15222-2319 |
| 14976337 | | Comenity Capital Bank, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 14976338 | | Commonwealth of PA, Department of Revenue, Department 280905, Harrisburg, PA 17128-0905 |
| 14976339 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14976340 | | Equiant Financial Services, PO Box 78843, Phoenix, AZ 85062-8843 |
| 14976341 | | First Data Global Leasing, 2385 Genessee Street, Cheektowaga, NY 14225 |
| 14976342 | + | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14976343 | + | Michael Gavin, Jr., 11 Dewitt Drive, Sidney, NY 13838-1305 |
| 14976344 | | One Main Financial, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14976345 | | One Main Lending, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14976348 | | Synchrony Bank/Care Credit, c/o Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15162788 | | Sysco Corp., Attn: Tom Ben, CEO, 1390 Enclave Parkway, Houston, TX 77077-2099 |
| 14976349 | | Sysco Corporation, c/o Suzanne L. Dewalt, Esq., 28th Floor, Two PNC Plaza, Pittsburgh, PA 15219 |
| 15016788 | + | Sysco Corporation and Sysco Pittsburgh, LLC, c/o Sherrard German & Kelly, PC, 535 Smithfield St., Ste 300, Pittsburgh, PA 15222-2319, Attn: Jennifer P. Richnafsky, Esq. |
| 14976350 | + | Tag Holdings LLC, 30260 Oak Creek Dr, Wixom, MI 48393-2430 |
| 14976352 | + | Watson, Mundorff & Sepic LLP, 720 Vanderbilt Road, Connellsville, PA 15425-6218 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:33:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:23:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14980040 | + | Email/Text: amscbankruptcy@adt.com | Mar 27 2024 00:23:00 | ADT Security Services, 3190 S. Vauhn Way, Aurora, CO 80014-3541 |
| 14976332 | + | Email/Text: amscbankruptcy@adt.com | Mar 27 2024 00:23:00 | ADT Security Services, Inc., 3190 S. Vaughn Way, Aurora, CO 80014-3541 |
| 14976333 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:34:04 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14998202 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:34:11 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14996766 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15007559 | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 00:22:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14976336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:12 | Citi Mortgage, P.O. Box 9438, Department 0251, Gaithersburg, MD 20898-9438 |
| 14996671 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 15069781 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 27 2024 00:22:00 | CitiMortgage, Inc. c/o Cenlar, FSB., 425 Phillips blvd., Ewing, NJ 08618-1430 |
| 15015019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14985565 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14976334 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:22:10 | Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14991525 | + | Email/PDF: cbp@omf.com | Mar 27 2024 00:34:03 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14976346 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14991134 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15143624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:33:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:21:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14976698 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:32:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15015581 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14976347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 15246465 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:23:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15353222 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:23:00 | U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14976351 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:20:48 | Walmart Mastercard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980041 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14980044 | *+ | Citi Mortgage, P.O. Box 9438, Department 0251, Gaithersburg, MD 20898-9438 |
| 14980045 | * | Comenity Capital Bank, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| | | |
|---|---|---|
| 14980046 | * | Commonwealth of PA, Department of Revenue, Department 280905, Harrisburg, PA 17128-0905 |
| 14980047 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14980048 | * | Equiant Financial Services, PO Box 78843, Phoenix, AZ 85062-8843 |
| 14980049 | * | First Data Global Leasing, 2385 Genessee Street, Cheektowaga, NY 14225 |
| 14976335 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980042 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980043 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980050 | *+ | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14980051 | *+ | Michael Gavin, Jr., 11 Dewitt Drive, Sidney, NY 13838-1305 |
| 14980052 | * | One Main Financial, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14980053 | * | One Main Lending, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14992407 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14980054 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14980055 | * | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14980056 | * | Synchrony Bank/Care Credit, c/o Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14980057 | * | Sysco Corporation, c/o Suzanne L. Dewalt, Esq., 28th Floor, Two PNC Plaza, Pittsburgh, PA 15219 |
| 14980058 | *+ | Tag Holdings LLC, 30260 Oak Creek Dr, Wixom, MI 48393-2430 |
| 14980059 | * | Walmart Mastercard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |
| 14980060 | *+ | Watson, Mundorff & Sepic LLP, 720 Vanderbilt Road, Connellsville, PA 15425-6218 |

TOTAL: 3 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Plaintiff Colleen M. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Plaintiff Pascal R. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Pascal R. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Colleen M. Passaga asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Bradley Joseph Osborne | |

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Bradley Joseph Osborne

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021- A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Harry B. Reese

on behalf of Creditor CITIMORTGAGE INC. bankruptcy@powerskirn.com

Jennifer Patricia Richnafsky

on behalf of Creditor SYSCO CORPORATION jpr@sgkpc.com

Jill Manuel-Coughlin

on behalf of Creditor CITIMORTGAGE INC. bankruptcy@powerskirn.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 12