IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/13/24 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PASCAL R. PASSAGA
COLLEEN M. PASSAGA
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20120

Chapter 13

Related to Docket No. 98

ORDER OF COURT

AND NOW, this _ 13th Day of May, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pascal R. Passaga  
Colleen M. Passaga  
    Debtors

Case No. 19-20120-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 13, 2024      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pascal R. Passaga, Colleen M. Passaga, 1291 West Laurel Circle, Mount Pleasant, PA 15666-2185 |
| cr | + | CITIMORTGAGE, INC., C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | SYSCO CORPORATION, c/o Jennifer P. Richnafsky, Sherrard, German & Kelly, P.C., 535 Smithfield Street, Suite 300 Pittsburgh, PA 15222-2319 |
| 14976337 | | Comenity Capital Bank, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 14976338 | | Commonwealth of PA, Department of Revenue, Department 280905, Harrisburg, PA 17128-0905 |
| 14976339 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14976340 | | Equiant Financial Services, PO Box 78843, Phoenix, AZ 85062-8843 |
| 14976341 | | First Data Global Leasing, 2385 Genessee Street, Cheektowaga, NY 14225 |
| 14976342 | + | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14976343 | + | Michael Gavin, Jr., 11 Dewitt Drive, Sidney, NY 13838-1305 |
| 14976344 | | One Main Financial, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14976345 | | One Main Lending, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14976348 | | Synchrony Bank/Care Credit, c/o Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15162788 | | Sysco Corp., Attn: Tom Ben, CEO, 1390 Enclave Parkway, Houston, TX 77077-2099 |
| 14976349 | | Sysco Corporation, c/o Suzanne L. Dewalt, Esq., 28th Floor, Two PNC Plaza, Pittsburgh, PA 15219 |
| 15016788 | + | Sysco Corporation and Sysco Pittsburgh, LLC, c/o Sherrard German & Kelly, PC, 535 Smithfield St., Ste 300, Pittsburgh, PA 15222-2319, Attn: Jennifer P. Richnafsky, Esq. |
| 14976350 | + | Tag Holdings LLC, 30260 Oak Creek Dr, Wixom, MI 48393-2430 |
| 14976352 | + | Watson, Mundorff & Sepic LLP, 720 Vanderbilt Road, Connellsville, PA 15425-6218 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:57 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2024 23:33:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14980040 | + | Email/Text: amscbankruptcy@adt.com | May 13 2024 23:33:00 | ADT Security Services, 3190 S. Vauhn Way, Aurora, CO 80014-3541 |
| 14976332 | + | Email/Text: amscbankruptcy@adt.com | May 13 2024 23:33:00 | ADT Security Services, Inc., 3190 S. Vaughn Way, Aurora, CO 80014-3541 |
| 14976333 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2024 23:39:47 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14998202 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2024 23:39:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14996766 | + | Email/Text: bankruptcy@cavps.com | May 13 2024 23:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

Case 19-20120-GLT  Doc 109  Filed 05/15/24  Entered 05/16/24 00:28:27  Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 15007559 | + | Email/Text: RASEBN@raslg.com | May 13 2024 23:32:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14976336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:52:09 | Citi Mortgage, P.O. Box 9438, Department 0251, Gaithersburg, MD 20898-9438 |
| 14996671 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:59 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 15069781 | + | Email/Text: BKelectronicnotices@cenlar.com | May 13 2024 23:32:00 | CitiMortgage, Inc. c/o Cenlar, FSB., 425 Phillips blvd., Ewing, NJ 08618-1430 |
| 15015019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:46 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14985565 | | Email/Text: mrdiscen@discover.com | May 13 2024 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14976334 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2024 23:51:55 | Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14991525 | + | Email/PDF: cbp@omf.com | May 13 2024 23:52:07 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14976346 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2024 23:32:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14991134 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2024 23:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15143624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2024 00:02:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:39:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14976698 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15015581 | + | Email/Text: bncmail@w-legal.com | May 13 2024 23:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14976347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:52:08 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14976348 | ^ | MEBN | May 13 2024 23:31:11 | Synchrony Bank/Care Credit, c/o Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15246465 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2024 23:33:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15353222 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2024 23:33:00 | U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14976351 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:03 | Walmart Mastercard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | U.S. Bank Trust National Association, not in its i |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980041 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14980044 | *+ | Citi Mortgage, P.O. Box 9438, Department 0251, Gaithersburg, MD 20898-9438 |
| 14980045 | * | Comenity Capital Bank, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 14980046 | * | Commonwealth of PA, Department of Revenue, Department 280905, Harrisburg, PA 17128-0905 |
| 14980047 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14980048 | * | Equiant Financial Services, PO Box 78843, Phoenix, AZ 85062-8843 |
| 14980049 | * | First Data Global Leasing, 2385 Genessee Street, Cheektowaga, NY 14225 |
| 14976335 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980042 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980043 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14980050 | *+ | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14980051 | *+ | Michael Gavin, Jr., 11 Dewitt Drive, Sidney, NY 13838-1305 |
| 14980052 | * | One Main Financial, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14980053 | * | One Main Lending, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 14992407 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14980054 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14980055 | * | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14980056 | * | Synchrony Bank/Care Credit, c/o Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14980057 | * | Sysco Corporation, c/o Suzanne L. Dewalt, Esq., 28th Floor, Two PNC Plaza, Pittsburgh, PA 15219 |
| 14980058 | *+ | Tag Holdings LLC, 30260 Oak Creek Dr, Wixom, MI 48393-2430 |
| 14980059 | * | Walmart Mastercard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |
| 14980060 | *+ | Watson, Mundorff & Sepic LLP, 720 Vanderbilt Road, Connellsville, PA 15425-6218 |

TOTAL: 3 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

**Name**          **Email Address**

Abagale E. Steidl
    on behalf of Plaintiff Colleen M. Passaga asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Abagale E. Steidl
    on behalf of Plaintiff Pascal R. Passaga asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Abagale E. Steidl
    on behalf of Debtor Pascal R. Passaga asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Abagale E. Steidl
    on behalf of Joint Debtor Colleen M. Passaga asteidl@steidl-steinberg.com

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| | |
|---|---|
| | julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021- A Collateral Trust c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com |
| Jennifer Patricia Richnafsky | on behalf of Creditor SYSCO CORPORATION jpr@sgkpc.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12